SUSSEX FIRE INSURANCE COMPANY, Respondent, v. JOHN PETROSSI COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for reversal on the facts and a new trial on the ground that the finding of freedom from contributory negligence on the part of the insured was against the weight of the evidence. (The judgment affirms a City Court judgment in an action to recover the amount paid for a fire loss caused through defendant's negligence.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

DOROTHY MORSE, Respondent, v. JAMES KEENAN, Appellant.— Order affirmed, with costs. All concur. (The order reverses an order of the City Court setting aside a verdict for plaintiff in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

LEROY MORSE, Respondent, v. JAMES KEENAN, Appellant.— Order affirmed, with costs. All concur. (The order reverses an order of the City Court setting aside a verdict for plaintiff in an automobile negligence action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Estate of FLORENCE B. HARRINGTON, Deceased.— Motion for reargument granted. Note of issue should be served upon the Attorney-General. (See Pers. Prop. Law, § 12.) Order entered May 6, 1935. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ. [See 243 App. Div. 235.]

STANLEY A. SEKULA, as Executor, etc., of MIHAL MORYTO, Sometimes Known as MICHAEL MORYTO, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Order entered May 6, 1935. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

EUGENE MCGREEVY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Order entered May 6, 1935. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Judicial Settlement of the Estate of EMMA A. THOMPSON, Deceased.— Report of official referee confirmed and motion to dismiss appeal denied, without costs. (The official referee found that attempted service by mail was ineffectual because mailing was not made in the village where the attorney had his office and residence.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

RALPH PASSALACQUA, Appellant, v. GENEVA FOUNDRY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order stays proceeding until payment of costs in a previous action.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of the BOARD OF SUPERVISORS OF THE COUNTY OF MONROE, to Acquire Certain Lands in the Towns of Pittsford and Perinton, County of Monroe, New York, for Highway Purposes, and the Assessment of Damages Therefor.— Order of confirmation and intermediate order affirmed, with one bill of costs. All concur. (The judgment confirms report of commissioners of appraisal for property taken for highway purposes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.